IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOUGLAS JAMES YOUNG,

    Plaintiff,

v.                                  CASE NO. 5:24cv242-RH-MJF

PANAMA CITY BEACH POLICE
DEPARTMENT et al.,

    Defendants.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion for a preliminary injunction, ECF No. 7, is denied. The case is remanded to the magistrate judge for further handling.

SO ORDERED on January 13, 2025.

                                    s/Robert L. Hinkle
                                    United States District Judge