# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

DOUGLAS JAMES YOUNG,

      Plaintiff,

v.                          CASE NO. 5:24cv242-RH-MJF

PANAMA CITY BEACH POLICE
DEPARTMENT et al.,

      Defendants.

_____/

## ORDER QUASHING SERVICE ON WHITE'S

This case is before the court on the magistrate judge's March 12, 2025 report and recommendation, ECF No. 21. No objections have been filed.

The report and recommendation correctly concludes that the plaintiff's attempted service of process on the defendant White's Wrecker Service LLC was defective.

IT IS ORDERED:

The March 12, 2025 report and recommendation is accepted and adopted as the court's opinion. The motion to quash the attempted service of process on White's, ECF No. 20, is granted.

SO ORDERED on April 23, 2025.

s/Robert L. Hinkle
United States District Judge