IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOUGLAS JAMES YOUNG,

    Plaintiff,

v.                                          CASE NO. 5:24cv242-RH-MJF

PANAMA CITY BEACH POLICE
DEPARTMENT et al.,

    Defendants.

_____/

## ORDER DENYING A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

    This case is before the court on the magistrate judge's March 28, 2025 report and recommendation, ECF No. 23. No objections have been filed.

    The report and recommendation correctly concludes that the plaintiff's motion for a temporary restraining order or preliminary injunction should be denied. The plaintiff has not shown a likelihood of success on the merits, nor has he met the other prerequisites to a temporary restraining order or preliminary injunction.

IT IS ORDERED:

The March 28, 2025 report and recommendation is accepted. The motion for a temporary restraining order or preliminary injunction, ECF No. 17, is denied.

SO ORDERED on April 23, 2025.

                                <u>s/Robert L. Hinkle              </u>
                                United States District Judge