IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOUGLAS JAMES YOUNG,

    Plaintiff,

v.                                    CASE NO. 5:24cv242-RH-MJF

PANAMA CITY BEACH POLICE
DEPARTMENT et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 42. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must unseal ECF Nos. 38–41 and close the file.

SO ORDERED on July 8, 2025.

                                  s/Robert L. Hinkle
                                  United States District Judge